■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE LAURO, Appellant.—Judgment of the County Court, Westchester County, rendered February 9, 1978, affirmed. No opinion. The case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN LEMLER, Appellant, v STEPHEN DALSHEIM, as Warden of the Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, entered in Westchester County on June 11, 1979, which dismissed the petition. Appeal dismissed as academic, without costs or disbursements. Petitioner has been released on parole. Accordingly, the appeal is moot. We note that were we not dismissing the appeal we would affirm the judgment appealed from. Hopkins, J. P., Damiani, O'Connor, Lazer and Mangano, JJ., concur.